**Michael BOLEN, Respondent,**

v.

**BNSF RAILWAY COMPANY,
Appellant.**

**No. ED 101342**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: June 23, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 13, 2015

Application for Transfer Denied
October 27, 2015

Booker T. Shaw, David Allen Dick, Co–Counsel, Thomas Everett Jones, Co–Counsel, Thompson Coburn, One US Bank Plaza, St. Louis, MO 63101, Attorney for Appellant.

Nelson Gregory Wolff, Jacob Charles Murov, Michael Armin Wolff, Jerome J. Schlichter—all Co-Counsel, Schlicter, Bogard & Denton, 100 S. 4th Street, Suite 900, St. Louis, MO 63102, Attorney for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM

BNSF Railway Company appeals from the trial court's judgment after a jury entered a unanimous verdict in favor of Michael Bolen on his petition filed under the Federal Employers' Liability Act. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).